DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUANTUM IMAGING HOLDINGS, LLC,** a Florida Corp.
(a/a/o Uceanu, Radu),
Appellant,

v.

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-257

[July 15, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. CONO12-3535 and CACE19-4670.

Russel Lazega and Yasmin Gilinsky of Florida Advocates, Dania Beach, for appellant.

Michael J. Neimand, House Counsel of United Automobile Insurance Company, Miami, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***